UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REESE MICHAEL PLAISANCE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-69** |
| **A. HAYES TOWN, III** | **SECTION M (5)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the United States Magistrate Judge's Report and Recommendation ("R&R"),[1] and the failure of any party to file an objection to the R&R, hereby approves the R&R and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that this civil action under 42 U.S.C. § 1983 filed by Reese Michael Plaisance be and is hereby TRANSFERRED to the United States District Court for the Middle District of Louisiana.

New Orleans, Louisiana, this 24th day of February, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 5.